STATE OF CONNECTICUT *v.* KERRY MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 489 (AC 17058), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Eileen McCarthy Geel*, deputy assistant state's attorney, in opposition.

Decided March 4, 1999

ANTHONY ARENA *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Arena's petition for certification for appeal from the Appellate Court, 51 Conn. App. 505 (AC 17679), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided March 4, 1999